# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 19, 2019

### NO. 03-19-00543-CV

**Dean F. Miller a/k/a Dean Fredrick d/b/a
Dean Fredrick, a/k/a Dean Fredrick Miller, Appellant**

**v.**

**Manuel and Jill Bustamante, Appellees**

---

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the judgment signed by the trial court on May 24, 2019. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.